﻿Citation Nr: AXXXXXXXX
Decision Date: 07/31/20 Archive Date: 07/31/20

DOCKET NO. 190513-14617
DATE: July 31, 2020

ORDER

Entitlement to service connection for kidney cancer to include as secondary to exposure to contaminated water at Camp Lejeune, North Carolina is granted. 

FINDING OF FACT

The Veteran’s kidney cancer is presumably etiologically related to his exposure to contaminated water at Camp Lejeune. 

CONCLUSION OF LAW

The criteria for service connection for kidney cancer have been met. 38 U.S.C. §§ 1110, 1112, 5103, 5103A, 5107; 38 C.F.R. §§ 3.159, 3.303, 3.309. 

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active military service from April 1987 to April 1993. 

This matter comes before the Board of Veterans’ Appeals (Board) on appeal from a July 2018 rating decision by the Department of Veterans Affairs (VA) Regional Office (RO). 

This case is being reviewed according to the appellate process set forth under the Veterans Appeals Improvement and Modernization Act of 2017 (hereinafter the “Appeals Modernization Act”). The Appeals Modernization Act became effective February 19, 2019. In July 2018, the RO initially denied the claim. In April 2019, the Veteran appealed the decision and elected an evidence submission review. The Board notes that under the evidence submission review, no additional evidence received more than 90 days after the notice of disagreement is to be considered. In this case, the notice of disagreement was filed in April 2019. The Board notes that treatment record was submitted within the 90 day period. As the medical record was submitted and associated with the file within the 90 day period, it is considered as part of this decision. 38 C.F.R. § 20.300.

Entitlement to service connection for kidney cancer to include as secondary to exposure to contaminated water at Camp Lejeune, North Carolina is granted. 

Service connection may be granted on a presumptive basis for certain diseases associated with exposure to contaminants (defined as the volatile organic compounds trichloroethylene (TCE), perchloroethylene (PCE or PERC), benzene, and vinyl chloride) in the on-base water supply located at Camp Lejeune, even though there is no record of such disease during service, if they manifest to a compensable degree at any time after service, in a veteran, former reservist, or a member of the National Guard, who had no less than 30 days (consecutive or nonconsecutive) of service at the United States Marine Corps Base Camp Lejeune and/or Marine Corp Air Station New River in North Carolina, during the period beginning on August 1, 1953 and ending on December 31, 1987. 

Effective March 14, 2017, 38 C.F.R. §§ 3.307 and 3.309 were amended to add eight diseases to the list of diseases associated with contaminants present in the water supply at U.S. Marine Corps Base Camp Lejeune. The following diseases are deemed associated with exposure to contaminated water at Camp Lejeune: kidney cancer, liver cancer, Non-Hodgkin’s lymphoma, adult leukemia, multiple myeloma, Parkinson’s disease, Aplastic anemia and other myelodysplastic syndromes, and bladder cancer. As such, if a Veteran is diagnosed with a listed condition, then the disability is presumed to be related to service. Id. 

The Board finds that the evidence establishes that the Veteran’s kidney cancer is etiologically related to his active duty service.

The record establishes that the Veteran served in Camp Lejeune for more than 30 days between October 1987 to May 1992. See April 2018 Military Personnel Record. The VA concedes that any veteran who served at Camp Lejeune between August 1, 1953 and December 31, 1987 was potentially exposed in some manner to the full range of chemicals known to have contaminated the water. In this case, the Veteran served at Camp Lejeune during the applicable period from October 7, 1987 to December 31, 1987, a period of at least 30 days.

The record also establishes that the Veteran was diagnosed with kidney cancer. A May 2018 private treatment record reflects a diagnosis of clear cell renal cell carcinoma. See April 2019 Medical Treatment Record – Non-Government Facility. Given the amendments to 38 C.F.R. §§ 3.307 and 3.309, the Veteran’s kidney cancer is presumed to be related to his exposure to contaminated water at Camp Lejeune during his military service. For this reason, service connection for kidney cancer is warranted. 

 

 

S. HENEKS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board P. Noh, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.